**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carl BENNETT, Defendant–Appellant.**

**No. 07–11316**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 2008.

Steven Louis Beauvais, Zipperer & Lorberbaum, P.C., Savannah, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

G. Terry Jackson, appointed counsel for Carl Bennett, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's conclusion that the record does not contain any potentially meritorious issues for appeal, we GRANT counsel's motion to withdraw and AFFIRM Bennett's sentence.